UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE PAYNE,<br><br>  Petitioner,<br><br> v.<br><br>PARAMO, Warden,<br><br>  Respondent. | No. 2:15-cv-0211 TLN KJN P<br><br><u>ORDER TO SHOW CAUSE</u> |

Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 27, 2015, respondent filed a motion to dismiss alleging it was filed beyond the one year statute of limitations period. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." <u>Id.</u>

Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within thirty days, why his failure to oppose respondent's motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and he shall file an opposition. Petitioner is cautioned that failure to respond to the instant order, or to file an opposition to the pending

////

////

1

1 | motion to dismiss, will result in a recommendation that this action be dismissed.

Dated:  April 27, 2015

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/payn0211.46h